```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


STATE FARM FIRE AND CASUALTY    :    CIVIL ACTION
COMPANY                         :
                                :
     v.                         :
                                :
JOSEPH BENZON, et al.           :    NO. 12-2670
```

ORDER

AND NOW, this 6th day of August, 2012, upon consideration of the defendants' Motion to Set Aside Default (Docket No. 7), the plaintiff's response thereto, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the motion is GRANTED.

The Clerk shall remove the entry of default against the defendants and file as a responsive pleading the Answer that appears as an exhibit to the defendants' motion (Docket No. 7-4).


                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.